IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| QUINDRE JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:19-cv-637-RAH |
| | ) |
| DEBORAH HILL BIGGERS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On October 1, 2020, the Magistrate Judge recommended that this case be dismissed prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) as the claims presented by Plaintiff Quindre Jackson currently provide him no basis for relief. (Doc. 9.) On October 22, 2020, the Plaintiff filed Objections (Doc. 10) to the Report and Recommendation of the Magistrate Judge. The Court has conducted an independent and *de novo* review of those portions of the Recommendation to which objection is made. *See* 28 U.S.C. § 636(b). Upon this Court's review and consideration of the arguments set forth in the Objections, the Court agrees with the Magistrate Judge's findings and analysis.

Accordingly, it is ORDERED as follows:

1. The Objections (Doc. 10) are OVERRULED.

    2.    The Recommendation (Doc. 9) is ADOPTED.

    3.    This case be DISMISSED prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE, this 17th day of December, 2020.

                        /s/ R. Austin Huffaker, Jr.
                    R. AUSTIN HUFFAKER, JR.
                    UNITED STATES DISTRICT JUDGE